1  Michael G. Ackerman, Esq. (SBN 64997)
   Kevin B. Kevorkian, Esq. (SBN 130242)
2  ACKERMAN AND KEVORKIAN
   2391 The Alameda, Suite 100
3  Santa Clara, CA 95050
   Telephone: (408) 261-5800
4

5  Attorneys for Plaintiff
   KAREN CARTER
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 KAREN CARTER,                          ) Case No.:   C05 03974- JF
                                          )
12         Plaintiff,                     ) STIPULATION TO CONTINUE CASE
                                          ) MANAGEMENT CONFERENCE
13    vs.                                 )
                                          )
14 THE COUNTY OF SANTA CLARA; CITY OF     )
   CAMPBELL; JEFF BRIGHAM and FRED        )
15 NAGGAR, Individually and Doing Business)
   under the name BOSWELL'S; ROYCE        )
16 ENTERPRISES, INC.; D.P. LIVINGSTON;    )
   (DOE) ASBAN; (DOE) RODRIGUEZ; (DOE)    )
17 DURAN; (DOE) WHEELER; and DOES 1- 10   )
   inclusive,                             ) Judge:   Honorable Jeremy Fogel
                                          ) Ctrm:    3, 5th Floor
18         Defendants.                    )
                                          )
19

20     The court previously held a case management conference in this matter on July 14, 2006.

21 At that time the case was referred to Magistrate Judge Richard Seeborg for a settlement

22 conference. Due to calendar conflicts, the first available date for a settlement conference was

23 November 14, 2006. Magistrate Judge Richard Seeborg has scheduled the settlement conference

24 to commence at 9:30 a.m. on November 14, 2006. It is therefore requested that the court

25 continue the further case management conference from September 15, 2006 at 10:30 a.m. to a

26 date after November 14, 2006.

27 ///

28 ///

- 1 -

STIPULATION TO CONTINUE CASE                                      Case No.: C05 03974-JF
MANAGEMENT CONFERENCE

1  DATED: September 11, 2006          ACKERMAN AND KEVORKIAN

2
3                                     By: _____
                                          MICHAEL G. ACKERMAN, ESQ.
4                                         Attorneys for Plaintiff, Karen Carter

5  DATED: September ___, 2006         OFFICE OF THE COUNTY COUNSEL
6
7
                                      By: _____
8                                         DAVID M. ROLLO, ESQ.
                                          Attorneys for Defendants, County of
9                                         Santa Clara and DOC officers

10 DATED: September 12, 2006          BURTON, VOLKMANN & SCHMAL,
11                                    LLP

12
13                                    By: _____
                                          TIMOTHY J. SCHMAL, ESQ.
14                                        Attorneys for Defendants, City of
                                          Campbell and D.P. Livingston
15

16                                  **ORDER**

17     Upon stipulation of the parties and good cause appearing therefore, it is ORDERED that

18 the further case management conference is continued to __11/17/06__, 2006 at 10:30 a.m.

19
20 9/13/06                            _____
                                      HONORABLE JEREMY FOGEL
21                                    Judge of the United States District Court

22
23
24
25
26
27
28

                                       - 2 -

STIPULATION TO CONTINUE CASE                              Case No.: C05 03974-JF
MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: September 11, 2006 | ACKERMAN AND KEVORKIAN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL G. ACKERMAN, ESQ. Attorneys for Plaintiff, Karen Carter |
| 5 | DATED: September 12, 2006 | OFFICE OF THE COUNTY COUNSEL |
| 6 | | |
| 7 | | By: _____ |
| 8 | | DAVID M. ROLLO, ESQ. Attorneys for Defendants, County of Santa Clara and DOC officers |
| 9 | | |
| 10 | DATED: September __, 2006 | BURTON, VOLKMANN & SCHMAL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: _____ |
| 14 | | TIMOTHY J. SCHAMAL, ESQ. Attorneys for Defendants, City of Campbell and D.P. Livingston |
| 15 | | |

### ORDER

Upon stipulation of the parties and good cause appearing therefore, it is ORDERED that the further case management conference is continued to _____, 2006 at 10:30 a.m.

HONORABLE JEREMY FOGEL
Judge of the United States District Court

```
DATED: September 11, 2006          ACKERMAN AND KEVORKIAN

                                   By: /s/ Michael G. Ackerman
                                       MICHAEL G. ACKERMAN, ESQ.
                                       Attorneys for Plaintiff, Karen Carter


DATED: September __, 2006          OFFICE OF THE COUNTY COUNSEL


                                   By: _____
                                       DAVID M. ROLLO, ESQ.
                                       Attorneys for Defendants, County of
                                       Santa Clara and DOC officers


DATED: September __, 2006          BURTON, VOLKMANN & SCHMAL,
                                   LLP


                                   By: _____
                                       TIMOTHY J. SCHAMAL, ESQ.
                                       Attorneys for Defendants, City of
                                       Campbell and D.P. Livingston
```

## ORDER

Upon stipulation of the parties and good cause appearing therefore, it is ORDERED that the further case management conference is continued to _____, 2006 at 10:30 a.m.

_____
HONORABLE JEREMY FOGEL
Judge of the United States District Court

---

STIPULATION TO CONTINUE CASE                  - 2 -                    Case No.: C05 03974-JF
MANAGEMENT CONFERENCE

# PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States and a resident of Santa Clara County, State of California. I am over the age of eighteen (18) years and not a party to the within above-entitled action. My business address is 2391 The Alameda, Suite 100, Santa Clara, CA 95050.

On September 12, 2006, I served a copy of the following document(s) described as:

- **FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, ASSAULT AND BATTERY**

on the interested parties in this action by placing true copies thereof in a sealed envelope addressed to the person(s) listed below:

Timothy J. Schmal, Esq.  
Burton, Volkmann & Schmal, LLP  
133 Mission Street, Suite 102  
Santa Cruz, CA 95060  
**Facsimile: (831) 427-3159**  
(Attorneys for Defendants, City of Campbell and D.P. Livingston)

David M. Rollo, Esq.  
Office of the County Counsel  
County of Santa Clara  
70 West Hedding Street, 9th Floor  
San Jose, CA 95110  
**Facsimile: (408) 292-7240**  
(Attorneys for Defendants, County of Santa Clara and DOC officers)

Christopher J. Olson, Esq.  
Sweeney, Mason, Wilson & Bosomworth  
983 University Avenue, Suite 104C  
Los Gatos, CA 95032-7637  
**Facsimile: (408) 354-8839**  
(Attorneys for Royce Enterprises, Inc., dba Boswell's)

( X )   **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after dated of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully paid to be placed in the United States Mail at Santa Clara, California.

(  )   **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement on court order, to the number(s) listed above or on an attached sheet. Said transmission was reported complete and without error.

(  )   **(By California Overnight Mail)** I served a true and correct copy enclosed in a sealed

- 1 -

E                                                                                       Case No.: C05 03974-JF

1 | package, for California Overnight collection and for overnight delivery. I marked said envelope
2 | for collection and overnight delivery to the addressed and to the office of the addressee(s) as
3 | above indicated. In the ordinary course of business and including said overnight envelopes, will
4 | be deposited with California Overnight at Santa Clara, California.
5 | ( X )   **(Federal Only)** I declare that I am employed in the office of a member of the bar of this
6 | Court at whose direction the service was made.
7 |     I declare under penalty of perjury under the laws of the United States of America and the
8 | State of California that the foregoing is true and correct and that this declaration was executed on
9 | September 12, 2006, at Santa Clara, California.

_____
CAMI J. SMURPHAT

- 2 -

E                                                               Case No.: C05 03974-JF