#65627-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
MICHAEL A. MILLER, ESQ. #215316
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants,
CITY OF CAMPBELL, OFFICER
DAVID P. LIVINGSTON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| KAREN CARTER, | Case No. C05 3974-JF (RS) |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL OF DEFENDANTS, CITY OF CAMPBELL AND OFFICER DAVID P. LIVINGSTON; ORDER |
| COUNTY OF SANTA CLARA, CITY OF CAMPBELL, et al., | [JURY TRIAL DEMANDED] |
| Defendants. | |

KAREN ELIZABETH CARTER, Plaintiff, and her attorneys, and Defendants, CITY OF CAMPBELL and OFFICER DAVID P. LIVINGSTON, by and through their counsel, stipulate as follows:

1.   Plaintiff will voluntarily dismiss the above-captioned federal court case, without prejudice, as to Defendants CITY OF CAMPBELL and OFFICER DAVID P. LIVINGSTON, only.

2.   Defendants will not seek recovery of any attorneys' fees or costs incurred in the defense of this case to date as a result

STIP. & ORDER OF DISMISSAL

1    of Plaintiff's voluntary dismissal of the federal court case.

2         3.   Each side will bear its own attorneys' fees and costs.

3         IT IS SO STIPULATED.

4

5    Date: _Jan. 30, 2007_          _____

6                                   BY: KAREN ELIZABETH CARTER
                                    Plaintiff.
7

8    Date: _Jan. 30, 2007_          ACKERMAN & KEVORKIAN

9

10                                  _____

11                                  BY:   MICHAEL G. ACKERMAN
                                    Attorneys for Plaintiff,
12                                  Karen Elizabeth Carter.

13
     Date: _February 1, 2007_       BURTON, VOLKMANN & SCHMAL, LLP
14

15

16                                  BY:   TIMOTHY J. SCHMAL
                                          MICHAEL A. MILLER
17                                  Attorneys for Defendants,
                                    City of Campbell, Officer
18                                  David P. Livingston.

19

20                                      **ORDER**

21        IT IS SO ORDERED.

22

23   Date: ___2/5_____, 2007

24                                  THE HONORABLE JEREMY FOGEL,
                                    MAGISTRATE JUDGE RICHARD SEEBORG,
25                                  UNITED STATES DISTRICT JUDGE.

26

27

28

                                    2

| | |
|---|---|
| Case Name: | KAREN CARTER v. COUNTY OF SANTA CLARA, CITY OF CAMPBELL, et al. |
| Case No.: | C05 03974-JF (RS) |
| File No.: | 65627-3-104  [UPDATED 3/29/06] |

### PROOF OF SERVICE - CCP §1013a, 2015.5

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

### STIPULATION OF DISMISSAL OF DEFENDANTS, CITY OF CAMPBELL AND OFFICER DAVID P. LIVINGSTON ; ORDER

on the parties in this action, by the following means:

_____ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at _____ M on _____, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

_____ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__X__   **VIA ELECTRONIC FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 2, 2007, at Santa Cruz, California.

*Susan Brennan*

SUSAN BRENNAN

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

**[SEE ATTACHED]**

MAILING LIST

Michael G. Ackerman
Kevin B. Kevorkian
Daniel J. Mash
Ackerman, Kevorkian & Mash
2391 The Alameda, Suite 100
Santa Clara, CA 95050
(408)261-5800
FAX (408)261-5900
For: Plaintiff, Karen Carter

David M. Rollo
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, 9th Floor
San Jose, CA   95110
(408)299-5900
FAX (408)292-7240
For: County of Santa Clara, DOC
officers

Christopher J. Olson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
(408)356-3000
FAX (408)354-8839
For: Royce Enterprises, Inc., dba Boswell's