**E-filed 8/28/07**

ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, ASBAN,
RODRIGUEZ, DURAN AND WHEELER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA,<br>et al.,<br><br>    Defendants. | No.   C05 03974 JF<br><br>**STIPULATION AND ORDER CHANGING DISCOVERY DEADLINES (L.R. 6-2)**<br><br>Trial Date: October 26, 2007<br>Pretrial Conference: October 19, 2007 |

IT IS HEREBY STIPULATED between Plaintiff and Defendants that the Court's Pretrial Order be modified as follows:

1. That the cut-off date for fact discovery be extended to September 21, 2007. The previous date was August 31, 2007.

2. That the disclosure date for expert witnesses be extended to September 21, 2007. The prior date was per the Federal Rules.

//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Changing
Discovery Deadlines           -1-                                C05 03974 JF

3. That the cut-off date for expert witness discovery be set for October 4, 2007.

Dated: August 2, 2007

Respectfully submitted,

MICHAEL G. ACKERMAN, Esq.
Attorney for Plaintiff

Dated: July 31, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
ASBAN, RODRIGUEZ, DURAN AND
WHEELER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/27/07

HONORABLE JEREMY D. FOGEL
United States District Court Judge

895489.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Changing
Discovery Deadlines            -2-            C05 03974 JF