Michael G. Ackerman, Esq. (SBN 64997)
Kevin B. Kevorkian, Esq. (SBN 130242)
ACKERMAN AND KEVORKIAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800

Scott Furstman, Esq.,
510 N. Third Street
San Jose, CA 95112
Telephone (408)292-4132

Attorneys for Plaintiff
KAREN CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN CARTER, | Case No.: C05 03974- JF |
| Plaintiff, | **STIPULATION TO ADVANCE OR CONTINUE PRE-TRIAL CONFERENCE BY ONE DAY** |
| vs. | |
| THE COUNTY OF SANTA CLARA; CITY OF CAMPBELL; JEFF BRIGHAM and FRED NAGGAR, Individually and Doing Business under the name BOSWELL'S; ROYCE ENTERPRISES, INC.; D.P. LIVINGSTON; (DOE) ASBAN; (DOE) RODRIGUEZ; (DOE) DURAN; (DOE) WHEELER; and DOES 1- 10 inclusive, | Trial Date: February 1, 2008<br>Judge: Honorable Jeremy Fogel<br>Ctrm: 3, 5th Floor |
| Defendants. | |

It is stipulated between the parties by and through their respective counsel that the Pre-Trial Conference now scheduled for January 25, 2008 at 11:00 a.m. shall be advanced to January 24, 2008 or continued to January 28, 2008. This stipulation is necessitated by Michael G.

- 1 -

STIPULATION TO ADVANCE OR CONTINUE
PRE-TRIAL CONFERENCE BY ONE DAY                    Case No.: C05 03974-JF

1 | Ackerman, counsel for Plaintiff, Karen Carter, being
2 | assigned to appear for oral arguments on appeal on January
3 | 25, 2008 in Santa Ana, California.

DATED: January 9, 2008          ACKERMAN AND KEVORKIAN

                                By: _____
                                MICHAEL G. ACKERMAN, ESQ.
                                Attorneys for Plaintiff,
                                Karen Carter

DATED: January 9, 2008          OFFICE OF THE COUNTY COUNSEL

                                By: _____
                                DAVID M. ROLLO, ESQ.
                                Attorneys for Defendants,
                                County of Santa Clara and
                                DOC officers

**ORDER:**

The parties having stipulated to advance or continue the Pre-Trial Conference by one day and good cause appearing therefore, IT IS ORDERED that the Pre-Trial Conference in the above-referenced matter shall be held on January 24, 2008 at 9:00 a.m./p.m.).

DATED: January 16, 2008         _____
                                Honorable Jeremy D. Fogel
                                Judge, U.S. District Court

C:\MyDocs\Carter\Stip.Move.Pre-TrialConf.Date.wpd