Michael G. Ackerman, Esq. (SBN 64997)
Kevin B. Kevorkian, Esq. (SBN 130242)
ACKERMAN AND KEVORKIAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800

Attorneys for Plaintiff
KAREN CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN CARTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF SANTA CLARA; CITY OF CAMPBELL; JEFF BRIGHAM and FRED NAGGAR, Individually and Doing Business under the name BOSWELL'S; ROYCE ENTERPRISES, INC.; D.P. LIVINGSTON; (DOE) ASBAN; (DOE) RODRIGUEZ; (DOE) DURAN; (DOE) WHEELER; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.:   C05 03974- JF<br><br>**STIPULATION AND ORDER FOR AWARD OF COSTS TO PLAINTIFF KAREN CARTER**<br><br><br><br>Judge:　　Honorable Jeremy Fogel<br>Ctrm:　　3, 5th Floor |

　　　Plaintiff Karen Carter, having prevailed in the above-entitled matter, filed a motion for relief and a late filed memorandum of costs in the total sum of $7,742.55. To avoid a further motion, the parties through their respective counsel hereby stipulate that plaintiff's memorandum of costs filed on March 27, 2008 shall be deemed to have been timely filed. The parties stipulate that the expert witness fees in the amount of $300.00 for William J. Crout and $700.00 for Paul Mills, M.D. shall be and are stricken from the costs bill resulting in total recoverable costs of $6,742.55.

////

////

- 1 -

STIPULATION AND ORDER FOR AWARD OF
COSTS TO PLAINTIFF KAREN CARTER　　　　　　　　　　　　　　　Case No.: C05 03974-JF

| | | |
|---|---|---|
| 1 | DATED: May 13, 2008 | ACKERMAN AND KEVORKIAN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL G. ACKERMAN, ESQ.<br>Attorneys for Plaintiff, Karen Carter |
| 5 | DATED: May 13, 2008 | OFFICE OF THE COUNTY COUNSEL |
| 6 | | |
| 7 | | By: _____ |
| 8 | | DAVID M. ROLLO, ESQ.<br>Attorneys for Defendants, County of<br>Santa Clara and DOC officers |

## ORDER

On the stipulation of the parties and good cause appearing therefore, IT IS ORDERED that plaintiff Karen Carter is awarded costs in the total sum of $6,742.55 which sum shall be added to and a part of the judgment in this matter.

DATED: May 13, 2008

_____
HONORABLE JEREMY FOGEL
Judge of the United States District Court

- 2 -

STIPULATION AND ORDER FOR AWARD OF
COSTS TO PLAINTIFF KAREN CARTER

Case No.: C05 03974-JF